UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
HIMELDA MENDEZ, *on behalf of all other persons* :
*similarly situated*, :
: 
: 19-CV-9892 (JMF)
                     Plaintiffs, :
: ORDER
    -v- :
: 
PAPA JOHN'S USA, INC., :
: 
                     Defendant. :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 24, Defendant's earlier motion to dismiss filed at ECF No. 20 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 11, 2020**. Defendant's reply, if any, is due by **March 18, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

      The Clerk of Court is directed to terminate ECF No. 20.

      SO ORDERED.

Dated: February 26, 2020                _____
      New York, New York                    JESSE M. FURMAN
                                           United States District Judge