# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HIMELDA MENDEZ, on behalf of all other
Persons similarly situated,

                              Plaintiff,

           -against-                                          19 **CIVIL** 9892 (JMF)

                                                                     **JUDGMENT**

PAPA JOHN'S USA, INC.,

                              Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 21, 2020, Papa John's motion to dismiss must be and is granted; accordingly, this case is closed.

**Dated:**  New York, New York
               July 21, 2020

                                                                      **RUBY J. KRAJICK**
                                                                      _____
                                                                      Clerk of Court
                                     **BY:**
                                                                           _____
                                                                       Deputy Clerk